UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CHRISTIAN J. AGOSTO

CASE NO. 8:21-cr-306-MSS-SPF

18 U.S.C. § 922(g)(1)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about July 22, 2021 through on or about July 28, 2021, in the Middle District of Florida, the defendant,

CHRISTIAN J. AGOSTO,

knowing he had been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. Felon in Possession of a Firearm (Juvenile Conviction), case number 17-CF-9253, in the 13th Judicial Circuit of Florida;

2. Carrying Concealed Firearm, case number 17-CF-9253, in the 13th Judicial Circuit of Florida;

3. Felon in Possession of a Firearm (Juvenile Conviction), case number 17-CF-14720, in the 13th Judicial Circuit of Florida;

4. Carrying Concealed Firearm, case number 18-CF-10809, in the 13th Judicial Circuit of Florida;

5. Felon in Possession of a Firearm (Juvenile Conviction), case number 18-CF-10809, in the 13th Judicial Circuit of Florida;

      6.      Felon in Possession of a Firearm (Juvenile Conviction), case number 18-CF-11802, in the 13th Judicial Circuit of Florida.

did knowingly possess, in and affecting interstate commerce, a firearm and ammunition, that is, a Ruger AR15 firearm, 17 rounds of Winchester 5.56 caliber ammunition, one round of Remington FO 17 5.56 caliber ammunition, one round of Winchester Wma 17 5.56 caliber ammunition, and two rounds of LCO 14 Remington 5.56 caliber ammunition.

    In violation of 18 U.S.C. §§ 922(g)(1) and 924(e).

## **FORFEITURE**

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to, the following: a Ruger AR15 firearm, 17 rounds of Winchester 5.56 caliber ammunition, one round of Remington FO 17 5.56 caliber ammunition, one round of Winchester Wma 17 5.56 caliber ammunition, and two rounds of LCO 14 Remington 5.56 caliber ammunition.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████████████████
Foreperson

KARIN HOPPMANN
Acting United States Attorney

By: *[signature]*
Michael C. Sinacore
Assistant United States Attorney

By: *[signature]*
Christopher F. Murray
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section

FORM OBD-34
September 21

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

CHRISTIAN J. AGOSTO

## INDICTMENT

Violations: 18 U.S.C. 922(g)(1)

A true bill,

███████████████████████████

Foreperson

Filed in open court this 14th day

of September 2021.

_____
Clerk

Bail $_____

GPO 863 525